**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| **JEFFERY BROWN,** | | |
| **ADC #85075** | | **PLAINTIFF** |
| V. | **CASE NO. 3:07-CV-00083-SWW-BD** | |
| **CRITTENDEN COUNTY** | | |
| **SHERIFF'S DEPARTMENT,** *et al.* | | **DEFENDANTS** |

## ORDER

Defendant Richard Busby and other Defendants removed Plaintiff's 42 U.S.C. § 1983 action to this Court (docket entry #1). Plaintiff, who is proceeding *pro se*, has submitted an Amended Complaint (#16). Pending is Crittenden Memorial Hospital's Motion to Dismiss (#9). Crittenden Memorial Hospital has not been named as a defendant in the Amended Complaint. Accordingly, the Motion to Dismiss is DENIED.

IT IS SO ORDERED this 1st day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE