**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JEFFERY BROWN,
ADC #85075                                                                                              PLAINTIFF

V.                          CASE NO. 3:07-CV-00083-SWW-BD

CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                                          DEFENDANTS

## ORDER

Defendant Richard Busby and other Defendants removed Plaintiff's 42 U.S.C. § 1983 action to this Court (docket entry #1). Plaintiff was granted leave to proceed *in forma pauperis* (#14) on July 25, 2007.

The Court has screened the Plaintiff's amended complaint (#16) under the Prison Litigation Reform Act and has issued a Partial Recommended Disposition recommending dismissal of Defendants Brown, Doss, Bradley, Harvey, Franks, Baker, Turner, Sanders, William, Fave, Laxton, Evans, John Doe Hospital Security, John and Jane Doe Shift Supervisor, John Doe 3 a/k/a "Slick." The Court has further recommended dismissal of all Plaintiff's claims for declaratory and injunctive relief.

Service is appropriate on the following Defendants: Crittenden County Sheriff Department, Peterson, Cole, Carter, Busby, Wren, Mosby, Henderson, Gorden, Bonner, Fowler, Moore, Thornton, Goodman, Shelton, Beasley, Huff, Caldwell, Crawford, John Does 1-2, John Doe Maintenance, and John Doe Supervisor "Bo." Therefore, the Clerk of the Court is requested to prepare Summonses for these Defendants. The United States

Marshal is requested to serve the Defendants with a Summons along with a copy of the amended complaint without prepayment of expenses, costs, or security.

    IT IS SO ORDERED this 8th day of August, 2007.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE