# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JEFFERY BROWN,
ADC #85075                                                                                          PLAINTIFF

V.                         CASE NO. 3:07-CV-00083-SWW-BD

CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                                         DEFENDANTS

## ORDER

Plaintiff, who is proceeding *pro se*, has submitted a Motion to Dismiss Crittenden Memorial Hospital (#23). As the Court stated in its Order of August 1, 2007, Crittenden Memorial Hospital is not a named Defendant in this case. Accordingly, the Motion to Dismiss it as a party (#23) is DENIED as moot.

IT IS SO ORDERED this 9th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE