**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JEFFERY BROWN,
ADC #85075**                                                                                          **PLAINTIFF**

V.                         CASE NO. 3:07-CV-00083-SWW-BD

**CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT,** *et al.*                                                    **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims for injunctive and declaratory relief to improve conditions at the Crittenden County detention facility are hereby DISMISSED AS MOOT, and Plaintiff's claims against Defendants Brown, Doss, Bradley, Harvey, Franks, Baker, Turner, Sanders, William, Fave, Laxton, Evans, John Doe Hospital Security, John and Jane Doe Shift Supervisor, John Doe a/k/a "Slick" are hereby dismissed with prejudice for failure to state a claim.

IT IS SO ORDERED, this 5th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE