**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JEFFERY BROWN,**                                                                   **PLAINTIFF**
**ADC # 85075**

V.                  NO. 3:07CV00083-SWW/BD

**CRITTENDEN COUNTY SHERIFF DEPT., et al.**            **DEFENDANTS**

## ORDER

The County Defendants have filed an Answer (#30) indicating that Defendant Supervisor Mobley is incorrectly identified by Plaintiff as "Mosby" in the Complaint. Further, the Answer indicates that Defendant Cole's first name is spelled "Christie," and not "Christy," as identified by Plaintiff.

The Clerk of the Court is requested to change the docket listing to reflect the correct names of these defendants as Supervisor Mobley and Christie Cole.

IT IS SO ORDERED this 17th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE