**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JEFFERY BROWN,
ADC #85075                                                                                      PLAINTIFF

V.                           CASE NO. 3:07-CV-00083-SWW-BD

CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                              DEFENDANTS

## ORDER

Plaintiff was granted leave to proceed *in forma pauperis* on July 25, 2007 (#14) in his lawsuit filed under 42 U.S.C. § 1983. Service of the Amended Complaint (#16) was ordered (#21) on certain defendants, including Defendant Huff, on August 8, 2007. In his Amended Complaint, Plaintiff did not identify Defendant Huff's first name and refers to this defendant as "Jailer Huff "(Page 1, Amended Complaint) and as "Ms. Huff", who was working in central control at the time of the alleged incidents (Paragraph 37, Page 12, Amended Complaint).

A motion to set aside service of process (#38) was filed on August 31, 2007 as to Defendant Huff stating this defendant is no longer employed by Crittenden County and the defendant was not properly served. On October 24, 2007, the motion was denied (#57) as premature since service has not been filed with the Court - either executed or unexecuted. The court further ordered Crittenden County to file, under seal, the last-known address of Defendant Huff. Defendants have responded (#61) to the court's order

and identified two former employees of the Crittenden County Sheriff's Department with the last name of Huff (one male and one female) and their last-known addresses. Therefore, based on Plaintiff's descriptions of Defendant Huff contained in the Amended Complaint as mentioned above, the Court directs that the Clerk of Court reissue Summons to Defendant Earnestine Huff. The United States Marshal is directed to serve the Summons and Amended Complaint with any attachments, upon Defendant Earnestine Huff by certified mail at her last-known mailing address, which will remain under seal.

IT IS SO ORDERED this 5th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE