# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY BROWN,**
**ADC #85075**                                                                                      **PLAINTIFF**

V.                           CASE NO. 3:07-CV-00083-SWW-BD

**CRITTENDEN COUNTY**
**SHERIFF'S DEPARTMENT,** *et al.*                                                  **DEFENDANTS**

## ORDER

Certain Defendants have filed an Answer (#30) to the Complaint and Amended Complaint, as follows: Sheriff Richard Busby, Chief Wren, Jerry Goodman, Lindsey Peterson, Chief Bonner, Supervisor Mobley, J. C. Shelton, Christie Cole, Officer Crawford, Officer Henderson, Officer Beasley, and Officer Gordon.

Defendants Wren, Mobley, Crawford, Henderson, Beasley, and Gordon are directed to file a response to this Order on or before November 16, 2007 informing the Court of their first names so that the docket may reflect complete information concerning identification of the parties.

IT IS SO ORDERED this 5th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE