UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY BROWN                                                                                      PLAINTIFF
ADC # 85075

VS.                          NO. 3:07CV00083-SWW/BD

CRITTENDEN COUNTY SHERIFF DEPT., *et al.*                      DEFENDANTS

## ORDER

The Clerk of Court is requested to update the docket to include the complete names and proper spellings of Defendants Crawford, Wren, Gordon, Henderson, Mobley and Beasley as provided in Defendants' response (#69).

IT IS SO ORDERED this 13th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE