**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JEFFERY BROWN,
ADC #85075**                                                                                               **PLAINTIFF**

V.                           CASE NO. 3:07-CV-00083-SWW-BD

**CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT,** *et al.*                                                          **DEFENDANTS**

**ORDER**

Plaintiff was granted leave to proceed *in forma pauperis* on July 25, 2007 (docket entry #14) in his lawsuit filed under 42 U.S.C. § 1983.  In his Amended Complaint (#16), Plaintiff did not identify first names for Defendants Moore and Fowler, and refers to them as Ms. Moore and Mr. Fowler when stating his allegations.  (Page 6, Paragraph 13, Amended Complaint).   Service of the Amended Complaint was ordered (#21) on certain defendants, including Defendants Moore and Fowler, on August 8, 2007.

A motion to set aside service of process (#31) was filed on August 22, 2007 as to Defendants Moore and Fowler stating these defendants are no longer employed by Crittenden County and the defendants were not properly served.  On October 24, 2007, the motion was denied (#57) as premature since service has not been filed with the Court - either executed or unexecuted.  The Court further ordered Crittenden County to file, under seal, the last-known address of Defendants Fowler and Moore.  Defendants have responded (#66)  to the court's order and identified two former employees of the

Crittenden County Sheriff's Department with the last name of Moore (one male and one female) and two former employees with the last name of Fowler (one male and one female).

Therefore, based on Plaintiff's descriptions of Defendants Moore and Fowler contained in the Amended Complaint and described above, the Court directs that the Clerk of Court reissue Summons to Defendants Cathy Moore and Ivory Fowler. The United States Marshal is directed to serve the Summons and Amended Complaint, with any attachments, upon Defendants Moore and Fowler by certified mail at their last-known mailing addresses, which will remain under seal. The Clerk of Court is further directed to provide a copy of Defendants' Response (# 66) to the United States Marshal, along with a copy of this Order.

The Clerk of Court is directed to update the docket to reflect the complete names of Defendants Cathy Moore and Ivory Fowler.

IT IS SO ORDERED this 14th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE