# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JEFFERY BROWN**                                                                    **PLAINTIFF**
**ADC # 85075**

**V.**                        **NO. 3:07cv00083-SWW/BD**

**CRITTENDEN COUNTY SHERIFF'S**
**DEPARTMENT, et al.**                                                        **DEFENDANTS**

## ORDER

Plaintiff was granted leave to proceed *in forma pauperis* on July 25, 2007 (docket entry #14) in his lawsuit filed under 42 U.S.C. § 1983.  On August 8, 2007, the U. S. Marshal was directed to serve a Summons and Amended Complaint upon Defendant Sabrina Carter (#21).  On August 29, 2007, Summons was returned unexecuted (#35) through the Crittenden County Sheriff's Department ("CCSD") presumably because Ms. Carter is no longer employed there.

CCSD is directed to file under seal within 15 days from this Order's entry date the last-known mailing address or residential address for Sabrina Carter so that service of process can be effected.

IT IS SO ORDERED this 15th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE