**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JEFFERY BROWN,**                                                                           **PLAINTIFF**
**ADC # 85075**

**V.**                          **NO. 3:07CV00083-SWW/BD**

**CRITTENDEN COUNTY SHERIFF DEPT., et al.**                  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DISMISSES all claims against Crittenden County Sheriff's Department with prejudice and adds Crittenden County, Arkansas as a Defendant to this action.

IT IS SO ORDERED, this 26th day of November, 2007.

                                        /s/Susan Webber Wright

                                        UNITED STATES DISTRICT JUDGE