# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEFFERY BROWN,
ADC #85075                                                                                          PLAINTIFF

V.                         CASE NO. 3:07-CV-00083-SWW-BD

CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                                          DEFENDANTS

## ORDER

Defendants have filed under seal (docket entry #83) the last-known address of Defendant Sabrina Carter, a former employee of the Crittenden County Sheriff's Department, pursuant to Court Order (#75).

The Clerk of Court is directed to reissue Summons to Defendant Sabrina Carter. The United States Marshal is directed to serve the Summons and Amended Complaint (#16), with any attachments, upon Defendant Sabrina Carter by certified mail at her last-known mailing address, to remain under seal, without prepayment of fees and costs or security. The Clerk of Court is further directed to provide a copy of Defendants' Response (# 83) containing Ms. Carter's last-known address to the United States Marshal, along with a copy of this Order.

IT IS SO ORDERED this 2nd day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE