# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JEFFERY BROWN**                                                    **PLAINTIFF**
**ADC #85075**

**V.**                    **CASE NO.: 3:07CV00083-SWW/BD**

**CRITTENDEN COUNTY SHERIFF**
**DEPARTMENT, et al.**                                          **DEFENDANTS**

## ORDER

Defendants removed this 42 U.S.C. § 1983 pro se action from the Circuit Court of

Crittenden County, Arkansas, to this Court on June 21, 2007 (docket entry #1).  Plaintiff

was granted leave to proceed *in forma pauperis* on July 25, 2007 (#14).

Service of the Amended Complaint upon Defendants Earnestine Huff and Ivory

Fowler was first ordered on August 8, 2007, through the Crittenden County Sheriff's

Department (#21).  These defendants are no longer employees of Crittenden County,

Arkansas, and service was re-directed to their last-known residential addresses ( #62, 73).

However, summonses have been returned unexecuted (#77, 82).

It is the responsibility of a prisoner proceeding *pro se* and *in forma pauperis* in a

§ 1983 action to provide the Court and the U.S. Marshal Service with proper service

addresses for the defendants.  *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993).

Thus, the Court will grant Plaintiff up to and including February 22, 2008, to: (1) use the

discovery process pursuant to the Federal Rules of Civil Procedure, or otherwise ascertain

valid service addresses for Defendants Huff and Fowler; and (2) file a  "Motion for

Service" requesting that service be attempted upon them at those addresses.  Plaintiff is advised that failure to timely and properly comply with this Order will result in Defendants Huff's and Fowler's dismissal from the lawsuit, without prejudice.  See Fed. R. Civ. P. 4(m) (providing that a Court may *sua sponte* dismiss a defendant if he or she is not served within 120 days of the filing of the complaint).

IT IS SO ORDERED this 2nd day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE