# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY BROWN**                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 3:07-CV-00083-SWW-BD**

**CRITTENDEN COUNTY**
**SHERIFF'S DEPARTMENT,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims against Defendants Ivory Fowler and Earnestine Huff are dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED this 2ND day of April, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE