**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JEFFERY BROWN,
ADC #85075**   **PLAINTIFF**

V.   **CASE NO. 3:07-CV-00083-SWW-BD**

**CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT,** *et al.*   **DEFENDANTS**

**ORDER**

On April 22, 2008, the Court issued a Partial Recommended Disposition (docket entry #116) recommending denial of Plaintiff's motion for preliminary injunction, motion for order, and motion for service. In addition, the Court recommended that the District Court grant, in part, Defendants' Motion for Summary Judgment and dismiss Plaintiff's claims of deliberate indifference to a serious medical need. The Court also recommended that Plaintiff's claims against Sabrina Carter be dismissed.

On May 5, 2008, the Partial Recommended Disposition that was sent to Plaintiff was returned as undeliverable (#120). Plaintiff filed a notice of change of address with the Court on April 29, 2008 (#119), after the Partial Recommended Disposition was sent to him. Because Plaintiff has not had an opportunity to read and respond to the Partial Recommended Disposition, he will be afforded an additional eleven (11) days to object to

the Partial Recommended Disposition.

    IT IS SO ORDERED this 5th day of May, 2008.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE