# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY BROWN,**  **PLAINTIFF**
**ADC # 85075**

V.  NO. 3:07CV00083-SWW/BD

**CRITTENDEN COUNTY SHERIFF DEPT., et al.**  **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for copies (docket entry #130). In the motion, Plaintiff requests a copy of all documents filed in this matter. Plaintiff's motion (#130) is GRANTED, in part, and DENIED, in part. The Clerk of the Court is directed to provide Plaintiff a copy of docket entries #91, #92, and #93 in order to respond to Defendants' motion for summary judgment (#91).

Plaintiff is granted an additional fourteen (14) days from the date of this order to respond to the pending motion for summary judgment.

IT IS SO ORDERED this 14th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE