IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JEFFERY BROWN**                                                               **PLAINTIFF**

**V.**                     **CASE NO. 3:07-CV-00083-SWW-BD**

**CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT,** *et al.*                               **DEFENDANTS**

## **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections.[1] After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendants' Motion for Summary Judgment (#91) is GRANTED IN PART and all of Plaintiff's deliberate indifference claims are DISMISSED WITH PREJUDICE; Plaintiff's Motion for Preliminary Injunction (#104) and a Motion for Order (#105) are DENIED; Plaintiff's Motion for Service (#113) is DENIED and all of Plaintiff's claims against separate defendant Sabrina Carter are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

---

[1] To the extent that Plaintiff's response in opposition to Defendants' motion for summary judgment (docket entry #135) serves as an objection to the recommended partial disposition, the Court has reviewed the response and relevant portions of the record.

IT IS SO ORDERED this 3rd day of June, 2008.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE