**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JEFFERY BROWN,
ADC #85075                                                                                              PLAINTIFF

V.                              CASE NO. 3:07-CV-00083-SWW-BD

CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                                         DEFENDANTS

**ORDER**

Pending is Plaintiff's motion to compel discovery (docket entry #147). In the motion, Plaintiff states that he submitted discovery requests to Defendants on or about June 1, 2008, and that Defendants have failed to respond. Defendants Bonner, Shelton, Crittenden County, Cole, Peterson, Busby, Moore, Mobley, Beasley, Henderson, Caldwell, Gordon, Crawford, Wren, and Goodman have responded to Plaintiff's motion (#150).[1] In their response, Defendants state that they received Plaintiff's discovery requests on June 17, 2008, and that they responded to Plaintiff's discovery requests on July 21, 2008. Defendants attach a copy of their discovery requests. According, the Court DENIES Plaintiff's motion to compel (#147).

---

[1] The Court notes that Plaintiff requests discovery from the following individuals who are no longer Defendants in this case, or have not yet been served in this matter: Mickey Thornton, Sabrina Carter, Ivory Fowler, Jailer Doss, Jailer Turner, Earnestine Huff, Jailer Baker, Jailer Sanders, Jailer Franks, Jailer Harvey, Jailer Evans, and Jailer Fave.

IT IS SO ORDERED this 29th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE