# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY BROWN**                                                                       **PLAINTIFF**

**V.**                          **CASE NO. 3:07-CV-00083-SWW-BD**

**CRITTENDEN COUNTY**
**SHERIFF'S DEPARTMENT,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendant Thornton's motion to dismiss (docket entry #134) is DENIED as moot.

IT IS SO ORDERED this 4th day of September, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE