**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JEFFERY BROWN**                                                      **PLAINTIFF**

**V.**          **CASE NO. 3:07-CV-00083-SWW-BD**

**CRITTENDEN COUNTY**
**SHERIFF'S DEPARTMENT,** *et al.*                                   **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendants' Motion for Summary Judgment (docket entry #164) is GRANTED IN PART, and DENIED IN PART. Plaintiff's negligence and medical malpractice claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of January, 2009.

                                                                    /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE