**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JEFFERY BROWN**                                                                                 **PLAINTIFF**

**V.**                    **CASE NO. 3:07-CV-00083-SWW-BD**

**CRITTENDEN COUNTY
SHERIFF'S DEPARTMENT,** *et al.*                                     **DEFENDANTS**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims are dismissed without prejudice under Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b), for failure to comply with the Court's Orders of November 17, 2008 (#172) and February 26, 2009 (#181).

IT IS SO ORDERED, this 12th day of May, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE