# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY BROWN**                                                                **PLAINTIFF**

**V.**            **CASE NO. 3:07-CV-00083-SWW-BD**

**CRITTENDEN COUNTY**
**SHERIFF'S DEPARTMENT,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of May, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE